# LEVIN-EPSTEIN & ASSOCIATES, P.C.
---
60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

June 5, 2023

***Via Electronic Filing***
The Hon. Lorna G. Schofield, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

       Re: *Doncouse v. LNC Wellness LLC et al*
         Case No.: 23-cv-03228

Dear Honorable Judge Schofield:

  This law firm represents Defendant LNC Wellness LLC (the "Defendant") in the above-referenced matter.

  Pursuant to Your Honor's Individual Motion Practice Rules I(B)(3), this letter respectfully serves to request an adjournment of the pre-motion conferences scheduled for June 14, 2023 at 4:00 p.m., to a date and time set by the Court after June 19, 2023.

  This is the second request of its kind, and is made on consent of Plaintiff Graciela Doncouse (the "Plaintiff"), and co-defendant 108-110 9th Partners LLC ("9th Partners"). One (1) previous request was made on May 31, 2023, and subsequently denied, in part, on June 2, 2023. [*See* Dckt. No. 16].

  The basis of the instant request is that the undersigned will be traveling overseas from June 1, 2023, to, through and including, June 17, 2023, and will have extremely limited availability during this time.

  We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

                LEVIN-EPSTEIN & ASSOCIATES, P.C.

                By: */s/ Jason Mizrahi*
                   Jason Mizrahi
                   60 East 42nd Street, Suite 4747
                   New York, NY 10170
                   Tel. No.: (212) 792-0048
                   Email: Jason@levinepstein.com
                   *Attorneys for Defendant LNC Wellness LLC*

Application **GRANTED**. The initial pretrial conference scheduled for June 14, 2023, is adjourned to **June 28, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **June 21, 2023, at 12:00 P.M.**

Dated: June 6, 2023
   New York, New York

              LORNA G. SCHOFIELD
            UNITED STATES DISTRICT JUDGE

1