UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRACIELA DONCOURSE,<br><br>                    Plaintiff(s),<br><br>           v.<br><br>LNC WELLNESS LLC, et al.,<br><br>                    Defendant(s). | 23-CV-3228 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On November 20, 2023, and November 22, 2023, Plaintiff filed letters regarding alleged discovery disputes and requesting additional time to complete discovery.  *See* ECF Nos. 39, 41.  On November 27, 2023, the Court stayed discovery deadlines through November 30, 2023, to allow Defendant time to oppose the letter-motion.  *See* ECF No. 42.  Defendant filed its oppositional letter on November 30, 2023.  ECF No. 43.  The Court has taken the parties' letters under advisement and holds as follows:

Plaintiff's request to extend discovery, ECF Nos. 39, 41, is DENIED.

Defendant is ORDERED to submit an affidavit from the out-of-possession owner ("Owner") regarding the Owner's possession or non-possession of documents sought by Plaintiff by **December 8, 2023**.

Given its Order temporarily staying deadlines, ECF No. 42, the Court will grant parties limited additional time to complete all discovery.  Accordingly, it is hereby ORDERED that the following dates shall apply:

- Defendant's deposition deadline is extended from November 24, 2023, to **December 15, 2023**.

- Fact Discovery deadline is extended from November 24, 2023, to **December 15, 2023**.

- Expert Discovery deadline is extended from December 8, 2023, to **December 15, 2023**.

- The deadline to file a joint status letter is extended from December 8, 2023, to **December 15, 2023**.

- The pre-motion conference scheduled for January 4, 2024, is adjourned to **January 11, 2024**, at 4:00 p.m. (E.T.). The parties shall dial 646-453-4442, enter the meeting code 608174171, and press pound (#).

SO ORDERED.

Dated: December 1, 2023
New York, New York

DALE E. HO
United States District Judge