UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GRACIELA DONCOUSE,                                          :
                                                            :    ORDER
                          Plaintiff,                        :
                                                            :    23 Civ. 3228 (DEH) (GWG)
       -v.-                                                 :
                                                            :
LNC WELLNESS LLC et al.,                                    :
                                                            :
                          Defendants.                       :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The courtroom for the settlement conference on Tuesday, February 6, 2024, at 2:30 p.m. has changed to <u>Courtroom 619</u> at 40 Centre Street.  Counsel are directed to immediately confirm with each other and their clients that all are aware of this change.

      SO ORDERED.

Dated: February 2, 2024
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge