UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GRACIELA DONCOUSE                                        :
                                                         :     ORDER
                    Plaintiff,                           :     23 Civ. 3228 (DEH) (GWG)
                                                         :
    -v.-                                                 :
                                                         :
LNC WELLNESS LLC et al.,                                 :
                                                         :
                    Defendants.                          :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    A conference to discuss the impediments to settlement in this matter is scheduled for March 27, 2024 at 11:00 a.m. in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York, 10007.  All attorneys and clients (with the exception of Ms. Doncouse) must attend in person.  Parties should bring copies of proposed language for the agreement that is in dispute.

    If the all parties sign a settlement agreement prior to the date of the conference, and such agreement is reported in a jointly-composed letter to the Court, the Court will cancel the conference.

    Upon receipt of this order each party is directed to ensure that all other parties on the case are aware of the conference date and time.  In accordance with paragraph 1. F of this Court's Individual Practices (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein), any requests for an adjournment must be made in writing as soon as the need to adjourn is known.  Prior to making such a request, the party should contact Chambers at (212) 805-4260 to determine an alternative date for which the Court is available for a rescheduled conference.  The written application for an adjournment must include a statement as to all other parties' positions on the change in conference date and must propose an alternative date, as provided by Chambers, to which all parties are agreeable.

    SO ORDERED.

Dated: March 18, 2024
       New York, New York

                                                                          _____
                                                                         GABRIEL W. GORENSTEIN
                                                                         United States Magistrate Judge